**SIGNED THIS 30th day of September, 2022**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

In re:
**CAMERON WILLIAM SHIFFLETT,**                          **Chapter 13**
    Debtor.                                              **Case No. 20-60980**

## ORDER AND NOTICE THAT CASE MAY BE DISMISSED WITH RESTRICTIONS

Cameron William Shifflett, chapter 13 debtor in this case, filed a motion to voluntarily dismiss this case after a creditor requested relief from the automatic stay and the Court granted such relief. *See* ECF Doc. Nos. 38, 51, 54. Accordingly, it is

### ORDERED

that unless within twenty-one (21) days of the date of entry of this Order, Cameron William Shifflett files an amended motion which shows no causal connection between the motion to voluntarily dismiss the case and the motion for the relief from stay filed in this case, the Court will grant his motion to voluntarily dismiss this case but will condition the order of dismissal to prohibit the filing of a new petition by Cameron William Shifflett for a period of 180 days from the date of the dismissal order based on ineligibility to be a debtor for a period of 180 days. *See* 11 U.S.C. § 109(g)(2). Alternatively, if Cameron William Shifflett files an objection to dismissal with

restrictions within the same twenty-one (21) day period, he must set the objection for hearing. Absent objection or an amended motion, the Court will dismiss the case with restrictions.

Copies of this order are directed to be sent to the debtor, debtor's counsel, the chapter 13 trustee, and the Office of the United States Trustee.

**End of Order**